UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NATHANIEL CIEPLEY,

  Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES LLC and TRANS UNION
LLC,

  Defendants.
_____/

CASE NO. 1:24-cv-02905-SEG-WEJ

## NOTICE OF SETTLEMENT AS TO DEFENDANT, EQUIFAX INFORMATION SERVICES LLC

COMES NOW Plaintiff, NATHANIEL CIEPLEY, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EQUIFAX INFORMATION SERVICES LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 24th day of October, 2024.

                                          **/s/Octavio Gomez**
                                          Octavio "Tav" Gomez

>Florida Bar #:0338620
>Georgia Bar #: 617963
>Pennsylvania #: 325066
>The Consumer Lawyers PLLC
>501 E. Kennedy Blvd., Ste 610
>Tampa, FL 33602
>Cell: (813)299-8537
>Facsimile: (844)951-3933
>Primary Email:
>Tav@theconsumerlawyers.com
>Secondary Email:
>Lisa@theconsumerlawyers.com
>*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 24th day of October, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

>**/s/Octavio Gomez**
>Octavio "Tav" Gomez
>Georgia Bar #: 617963
>*Attorney for Plaintiff*